# Court of Appeals
# of the State of Georgia

ATLANTA, September 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2504.  DARCY FULLER v. THE STATE**

Following a bench trial, Darcy Fuller was found guilty of burglary and two counts of aggravated assault, and the judgement was affirmed in an unpublished opinion.  See Case Number A12A0234, decided May 9, 2012.  Fuller subsequently filed a pro se motion seeking to obtain the victim's medical records.  The trial court denied the motion, and Fuller filed this appeal.

"[I]f no petition for habeas corpus is pending at the time an indigent prisoner makes any application for a transcript . . . for purposes of collateral attack upon his conviction or sentence, that application will be treated as a separate civil action subject to the procedures and requirements of the Prison Litigation Reform Act of 1996. Specifically, appeals from the denial of any such application for free transcripts for post-conviction collateral attack must comply with the discretionary appeal procedures of OCGA § 5-6-35." *Coles v. State*, 223 Ga. App. 491, 492 (1) (477 SE2d 897) (1996); see OCGA § 42-12-8.  Because Fuller is seeking the victim's records for a collateral attack on his conviction – and because Fuller has not shown a pending habeas petition – his failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See id.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/05/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*